UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2784(DSD/SRN)

Minnesota Laborers Health
and Welfare Fund, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

RR Miller Enterprises, Inc.,
dba Excell Environmental,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on plaintiffs' motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: March 28, 2001

David S. Doty, Judge
United States District Court

MAR 28 2001
FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______