UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2784(DSD/SRN)

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

v.

**ORDER**

RR Miller Enterprises, Inc., d/b/a Excel Environmental,

Defendant.

This matter is before the court on the objections of plaintiffs to the report and recommendation of Magistrate Judge Susan R. Nelson, dated June 11, 2001. Plaintiffs do not object to the final recommendation to deny their motion, but rather seek to have certain portions of the report redacted.

The court concludes that the magistrate judge's report and recommendation dated June 11, 2001, was properly issued in its entirety and is within the scope of the issues properly before the court. As the magistrate judge's report and recommendation indicates, a court "may consider some materials that are part of the public record or do not contradict the Complaint, as well as materials that are necessarily embraced by the pleadings." See

FILED 7-6-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

Porous Medica Corp. v. Pall Corp., 182 F.3d 1077, 1079 (8th Cir. 1999). The court concludes that the magistrate judge properly considered the two collective bargaining agreements, the two acceptance of agreements included in plaintiffs' submissions, as well as the June 26, 1998, letter from the union to defendant, excluding certain jobs from the collective bargaining agreement. The court also notes that this exclusionary letter was attached to the amended counterclaim. Lastly, the court does not believe that the magistrate judge made any impermissible factual determinations in her report and recommendation.

After conducting a de novo review of the file and record, the court will adopt the magistrate judge's report and recommendation in its entirety. The court concludes that neither redaction or revision of the report and recommendation is warranted or appropriate in this matter.

Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' motion to dismiss defendant's counterclaim is denied.

Dated: July 6, 2001

David S. Doty, Judge
United States District Court