UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Minnesota Laborers Health and Welfare Fund; Minnesota Laborers Pension Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,**

**Civil No. 00-2784 (DSD/SRN)**

**Plaintiffs,**

**v.**

**ORDER**

**RR Miller Enterprises, d/b/a Excel Environmental,**

**Defendants.**

---

Pamela Hodges Nissen, Esq., on behalf of Plaintiffs.

James P. Mulvahill, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on March 4, 2002, on Plaintiffs' Motion to Reopen Case (Doc. No. 33).

The Court denies Plaintiffs' motion without prejudice. In lieu of reopening this case, the Court will conduct a hearing on April 11, 2002 at 1:30 p.m.. This hearing will re-institute the previous settlement conference in this case. Defendant will produce Darren Aamot, Anthony Monack, Nathan Aamot, Laurie Collins, and David Vasquez as witnesses for the hearing. Plaintiffs and Defendant may each also provide an industry expert with respect to relevant job classifications. During the hearing, testimony will be taken, and the Court will issue a binding

MAR - 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

judgment.

Prior to the hearing, the parties will produce the following items:

1. On or before March 15, 2001, Defendant will produce: (1) complete payroll records, from ADP, for all employees from October 25, 2001 through December 31, 2001; (2) fringe fund reports from November and December, 2001; and (3) any additional sign-in forms that are now in its possession or that it can obtain.
2. On or before March 25, 2001, Plaintiffs and Defendant will provide brief summaries of their experts' anticipated testimony to each other and to the Court.
3. On or before March 8, 2002, Defendant will produce to the Court a check for $12,602.52.
4. On or before April 1, 2002, Defendant will produce to the Court a check for $2,100.42.

**THEREFORE, IT IS HEREBY ORDERED that:**

Plaintiffs' Motion to Reopen Case (Doc. No. 33) is **DENIED WITHOUT PREJUDICE**.

Dated: March 4, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge